II.   WHETHER THE DECISION OF THE UNITED STATES COAST GUARD COURT OF CRIMINAL APPEALS IS AMBIGUOUS AS TO WHETHER THE AFFIRMED SENTENCE INCLUDED FORFEITURE OF ALL PAY AND ALLOWANCES.

Briefs will be filed under Rule 25 on Issue I only.

Friday, April 21, 2017

No. 17–0366/AR. U.S. v. Ronald E.V. Layton. CCA 20160756. Notice is hereby given that a writ-appeal petition for review of the decision of the United States Army Court of Criminal Appeals on application for extraordinary relief in the form of a writ of habeas corpus was filed under Rule 27(b) on this date.